IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MAX and BETTY PARTRIDGE        :
                           :   CIVIL ACTION NO. 02-CV-4578
           Plaintiffs,     :
                           :
    v.                     :
                           :
BAYER CORPORATION;         :   ENTRY OF APPEARANCE
BAYER AG;                     :
GLAXOSMITHKLINE, PLC;     :
GLAXOSMITHKLINE;          :
SMITHKLINE BEECHAM       :
                           :
          Defendants.    :

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

        Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin

Brennan and Kirstin J. Miller as attorneys for defendant SmithKline Beecham Corporation d/b/a

GlaxoSmithKline.

Respectfully Submitted,


_____    _____
Hope S. Freiwald                     Aline Fairweather


_____    _____
Erin Brennan                        Kirstin J. Miller


DECHERT PRICE & RHOADS
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA  19103-2793
(215) 994-4000